

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA         '08 MJ 8117

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Magistrate Case No.: |
| Plaintiff, | ) ) | COMPLAINT FOR VIOLATION OF |
| v. | ) ) | 21 U.S.C. § 952 and 960 |
| Armando URREA, | ) ) | Importation of a Controlled Substance (Felony) |
| Defendant. | ) ) | |

The undersigned complainant being duly sworn states:

That on or about February 7, 2008 within the Southern District of California, defendant Armando URREA, did knowingly and intentionally import approximately 58.06 kilograms (127.73 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Enrique Torregrosa  Special Agent
U. S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 8th DAY OF FEBRUARY 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

1 | UNITED STATES OF AMERICA
2 |            v.
   Armando URREA

3 |                    STATEMENT OF FACTS

4 |     This complaint is based on the reports, documents, and notes
5 | furnished to U.S. Immigration and Customs Enforcement Special Agent
6 | Enrique Torregrosa.
7 |     On February 7, 2008, at approximately 1603 hours, Armando
8 | URREA entered the United States from the Republic of Mexico via the
9 | Calexico, California East Port of Entry, driving a 1998 Dodge
10 | Caravan bearing California U.S. plate number 6CHK555. URREA was
11 | the driver and register owner of the vehicle.
12 |     At primary inspection, URREA gave an oral negative Customs
13 | declaration to Customs and Border Protection Officer (CBPO) M.
14 | Moreno. CBPO Moreno asked URREA about the ownership of the vehicle
15 | and his destination. URREA stated that the vehicle was his vehicle
16 | and he was going home to Calexico, California. CBPO Moreno noticed
17 | that URREA was nervous, trembling of hands and avoided eye contact.
18 | CBPO Moreno also noticed a non-factory compartment located within
19 | the floor of the vehicle. CBPO Moreno escorted URREA and his
20 | vehicle to the vehicle secondary lot for further inspection.
21 |     Upon arrival to the vehicle secondary lot, CBPO Moreno
22 | requested CBP Canine Officer to screen the vehicle with his
23 | assigned Human/Narcotic Detector Dog (HNDD). CBP Canine Officer
24 | Taylor screened the vehicle and informed CBPO Moreno of his HNDD
25 | alert to the floor of the vehicle. CBPO Moreno inspected the
26 | vehicle utilizing an X-ray machine. X-ray machine revealed
27 | positive results within the floor of the vehicle. CBPO Moreno
28 |

drilled the floor of the vehicle and extracted a green leafy substance, which field tested positive for marijuana.

CBPO Rojas conducted a further inspection of the floor of the vehicle and revealed a plate access to the specially built compartment located under the front passenger seats of the vehicle. CBPO Rojas removed twenty packages and obtained a total weight of 58.06 kilograms (127.73 pounds) of marijuana.