# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
    v.
ARMANDO URREA,
        Defendant.

**APPEARANCE**

Case Number: 08MJ8117

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for
    ARMANDO URREA

    I certify that I am admitted to practice in this court.

| 2/13/2008 | /s/ SHAFFY MOEEL |
|---|---|
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD     238732 |
| | Print Name                             Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA   92101 |
| | City            State           Zip Code |
| | (619) 234-8467       (619) 687-2666 |
| | Phone Number                   Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: February 13, 2008                                                       /s/ Shaffy Moeel
                                                                      SHAFFY MOEEL
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Shaffy_Moeel@fd.org