1  **SHAFFY MOEEL**
California State Bar No. 238732
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4  E-Mail: shaffy_moeel@fd.org

5  Attorneys for Armando Urrea

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE ROGER T. BENITEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0648-BEN |
| Plaintiff, | ) | DATE:   April 21, 2008 |
| | ) | TIME:   2:00 p.m. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| ARMANDO URREA, | ) | |
| | ) | 1)  PRESERVE EVIDENCE AND COMPEL DISCOVERY; AND |
| Defendant. | ) | 2)  GRANT LEAVE TO FILE FURTHER MOTIONS |

TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
     CHRISTINA MCCALL, ASSISTANT UNITED STATES ATTORNEY:

    PLEASE TAKE NOTICE that, on April 21, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant Armando Urrea, by and through his attorneys, Shaffy Moeel and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

| | |
|---|---|
| 1 | **MOTIONS** |
| 2 | Defendant Armando Urrea, by and through his attorneys, Shaffy Moeel and Federal Defenders of |
| 3 | San Diego, Inc., moves this Court pursuant to the United States Constitution, the Federal Rules of Criminal |
| 4 | Procedure, and all other applicable statutes, case law, and local rules for an order: |
| 5 | 1)   Preserving Evidence and Compelling Production of Discovery; |
| 6 | 2)   Granting Leave to File Further Motions. |
| 7 | This motion is based upon the instant motions and notice of motions, the attached statement of facts |
| 8 | and memorandum of points and authorities, the files and records in the above-captioned matter, and any and |
| 9 | all other materials that may come to this Court's attention prior to or during the hearing of these motions. |

Respectfully submitted,

DATED:     April 2, 2008            */s/ Shaffy Moeel*
                                    **SHAFFY MOEEL**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Mr. Urrea