| | |
|---|---|
| 1 | **SHAFFY MOEEL**<br>California State Bar No. 238732 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**<br>225 Broadway, Suite 900 |
| 3 | San Diego, CA 92101-5008<br>(619) 234-8467/Fax: (619) 687-2666 |
| 4 | E-Mail: shaffy_moeel@fd.org |
| 5 | Attorneys for Mr. Urrea |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0648-BEN |
| Plaintiff, | ) ) | DATE: April 21, 2008 |
| v. | ) ) | TIME:  2:00 p.m. |
| **ARMANDO URREA**, | ) ) | **CERTIFICATE OF SERVICE** |
| Defendant. | ) ) ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Christina McCall, Assistant United States Attorney
christina.mccall@usdoj.gov; efile.dkt.gc1@usdoj.gov

Respectfully submitted,

DATED:     April 2, 2008                    /s/ Shaffy Moeel
                                            **SHAFFY MOEEL**
                                            Federal Defenders of San Diego, Inc.
                                            Attorneys for Armando Urrea