FILED
08 APR -3 PM 12:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0648-BEN |
| Plaintiff, ) | |
| v. ) | **ORDER TO PRESERVE AND RE-WEIGH EVIDENCE** |
| ARMANDO URREA, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the United States government and its agents 1) make available to the defense attorney and her agents, for examination and photographing the vehicle seized in the above-captioned case, along with evidence found within the vehicle or on Mr. Urrea's person, including, but not limited to, the drugs seized; and 2) make available to the defense attorney and her agents, for examination and weighing, the drugs seized in the above-referenced case. The government and its agents are further ordered to preserve the narcotics, vehicle, evidence seized incident to the defendant's arrest, and items seized from the vehicle, until further order from this Court.

**IT IS SO ORDERED.**

DATED: 4/03/08

_____
HONORABLE ROGER T. BENITEZ
United States District Court Judge

cc:     Immigration & Customs Enforcement, FP&F