**SHAFFY MOEEL**
California State Bar No. 238732
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facisimile: (619) 267-2666

Attorneys for **Mr. Urrea**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE ROGER T. BENITEZ**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0648-BEN |
| | ) | |
| | ) | DATE: June 2, 2008 |
| | ) | TIME: 2:00 p.m. |
| | ) | |
| | ) | NOTICE OF MOTIONS AND |
| Plaintiff, | ) | MOTIONS *IN LIMINE* TO: |
| | ) | |
| | ) | (1) PRECLUDE 404(B) & 609 EVIDENCE; |
| v. | ) | (2) PRECLUDE EXPERT TESTIMONY; |
| | ) | (3) PRECLUDE TESTIMONY REGARDING "NERVOUSNESS"; |
| | ) | (4) PRECLUDE AGENTS FROM TESTIFYING THAT THEIR |
| ARMANDO URREA, | ) | "PRIMARY DUTY" IS TO PREVENT TERRORIST ATTACKS; |
| | ) | (5) PRECLUDE THE PROSECUTOR FROM COMMITTING *SANCHEZ* |
| Defendants. | ) | ERROR; |
| | ) | (6) PRODUCE ANY "SUPPLEMENTAL REPORTS'; |
| | ) | (7) PRODUCE ANY DRAFT REPORTS; |
| | ) | (8) FOR ATTORNEY CONDUCTED VOIR DIRE; |
| | ) | (9) EXCLUDE POVERTY EVIDENCE; |
| | ) | (10) EXCLUDE WITNESSES; |
| | ) | (11) EXCLUDE EXPERT "STRUCTURE" TESTIMONY; AND |
| | ) | (12) EXCLUDE MARIJUANA FROM COURTROOM. |

**TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND CHRISTINA MCCALL, ASSISTANT UNITED STATES ATTORNEY**:

PLEASE TAKE NOTICE that on June 2, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Armando Urrea, by and through his counsel, Shaffy Moeel and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

## MOTIONS

The defendant, Armando Urrea, by and through his attorneys, Shaffy Moeel and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) precluding 404(b) and 609 evidence;
2) precluding expert testimony;
3) precluding testimony regarding "nervousness";
4) precluding agents from testifying about "terrorism";
5) precluding the prosecutor from committing *Sanchez/Weatherspoon* error;
6) producing any "supplemental" reports;
7) producing any draft reports;
8) allowing attorney conducted voir dire;
9) precluding poverty evidence;
10) excluding witnesses;
11) excluding expert testimony on "structure"; and
12) excluding marijuana from courtroom.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motion.

Respectfully submitted,

Dated: June 2, 2008

    */s/ Shaffy Moeel*
**SHAFFY MOEEL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Urrea