```
 1  SHAFFY MOEEL
    California State Bar No. 238732
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
    Telephone: (619) 234-8467
 4  shaffy_moeel@fd.org
 5  Attorneys for Mr. Urrea
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR0648-BEN |
| Plaintiff, | |
| v. | JOINT MOTION TO CONTINUE JURY TRIAL |
| **ARMANDO URREA**, | |
| Defendant. | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Shaffy Moeel, and Federal Defenders of San Diego, counsel for Mr. Urrea, along with Assistant United States Attorney Christina McCall, that the motions in limine hearing in the above-mentioned case should be continued from August 4, 2008 at 2:00 p.m. until September 29, 2008 at 2:00 p.m., and the jury trial be continued from August 5, 2008 at 9:30 a.m. until September 30, 2008 at 9:00 a.m.

**SO STIPULATED.**

Dated: July 21, 2008        */s/ Shaffy Moeel*
                            SHAFFY MOEEL
                            Federal Defenders of San Diego, Inc.
                            Attorneys for Mr. Urrea

Dated: July 21, 2008        */s/ Christina McCall*
                            CHRISTINA McCALL
                            Assistant United States Attorney

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Christina M McCall**
Christina.McCall@usdoj.gov,efile.dkt.gc1@usdoj.gov,ginger.stacey@usdoj.gov

Dated: July 21, 2008         /s/ Shaffy Moeel
SHAFFY MOEEL
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Shaffy_Moeel@fd.org

08CR0648